UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

*ELECTRONICALLY FILED*

CSX TRANSPORTATION, INC.                    Civil Action No.   4:16-cv-167-JHM

      PLAINTIFF

v.

LUSTER EXPRESS, LLC, d/b/a BAMA
FREIGHT, LLC

      DEFENDANT

      Serve:
      Luster Express, LLC
      Attn: Jennifer Luster
      404 West Fourth Street
      Prattville, Alabama 36067

## COMPLAINT

*****

Plaintiff, CSX Transportation, Inc., by counsel, hereby tenders the following Complaint against Defendant, Luster Express, LLC, d/b/a Bama Freight, LLC:

1.      At all material times herein, Plaintiff, CSX Transportation, Inc. ("CSXT"), was and is a corporation organized and existing under the laws of the Commonwealth of Virginia and maintains its principal place of business in Florida.  CSXT is engaged, among other things, as a transportation company providing rail-based freight transportation services across the Eastern United States.

2.      At all times material herein, Defendant, Luster Express, LLC, is and was a limited liability corporation doing business as Bama Freight, LLC, organized and existing under the laws

of the state of Alabama with its principal place of business in Prattville, Alabama. Defendant is a transportation carrier engaged in the business of transporting goods, equipment and material for customers.

3.    Jurisdiction is founded on diversity of citizenship pursuant to 28 U.S.C. § 1332, as CSXT and Defendant are citizens of different states and the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

4.    Venue is proper in the Western District of Kentucky pursuant to 28 U.S.C. § 1391 because a substantial part of the events giving rise to CSXT's claim occurred in this District.

5.    On or about July 14, 2015, Jason Sullivan, an employee of Defendant, was driving his tractor-trailer eastbound on Highway 132/Mill Street in Sebree, Kentucky. When Mr. Sullivan reached the intersection of Highway 132/Church Street, his intended route was to turn north and continue on Highway 132. However, Mr. Sullivan missed the turn and continued east on Mill Street entering a residential area.

6.    Mr. Sullivan came upon and proceeded to attempt to cross a set of railroad tracks, but the flatbed drop deck trailer that was attached to his tractor/cab became stuck on the tracks. Mr. Sullivan failed to clear the crossing before an oncoming CSXT train struck the trailer. The trailer was pushed down the tracks by the locomotive and the trailer struck a crossing signal and signal house, destroying them.

7.    Mr. Sullivan failed to exercise the ordinary care of a reasonably prudent tractor-trailer driver acting in the same or similar circumstances when he drove the tractor-trailer into a residential area and attempted to travel over the crossing when he knew or should have known there was insufficient undercarriage clearance.

2

8.    Mr. Sullivan's negligence directly and proximately caused CSXT to incur direct, consequential and incidental damages that exceed the minimum jurisdictional limits of this Court.

9.    At all material times herein, Mr. Sullivan was acting in the scope and course of his employment for Defendant, which is, therefore, vicariously liable for CSXT's damages.

WHEREFORE, Plaintiff CSX Transportation, Inc., respectfully demands:

1. Judgment against Defendant in such amount that will fully and reasonably compensate Plaintiff for its damages;

2. Reimbursement for its costs expended herein including reasonable attorney's fees;

3. A jury trial;

4.  Any and all other relief to which Plaintiff may appear entitled.

BOEHL STOPHER & GRAVES, LLP

/s/ Scott A. Davidson
Scott A. Davidson
400 West Market Street, Suite 2300
Louisville, KY 40202
Phone:  (502) 589-5980
Fax:  (502) 561-9400